IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CYNTHIA R. ROBERTSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-103
)
INTERNATIONAL LONGSHOREMEN'S )
ASSOCIATION, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] (Doc. 4.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**. The Clerk of Court is **DIRECTED** to administratively terminate this case. Should Plaintiff fail to pay the required filing fee within **thirty days** from the date of this order, the Clerk of Court is **DIRECTED** to permanently close this case at that time.

SO ORDERED this 29th day of September 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court does note that Plaintiff filed an Exhibit to her original Motion for Leave to Proceed In forma Pauperis. (Doc. 7.) While that Exhibit is non-responsive to the Magistrate Judge's Report and Recommendation, the Court did review and consider the Exhibit prior to ruling on Plaintiff's motion.